422 A.2d 693

Easy-Kare, etc. v. Simplex Indust. Inc., Appellant.

Argued June 4, 1979. Robert A. Cecchini, for appellant; Thomas Kennedy, for appellee.

Before PRICE, DOWLING and GATES, JJ.*

Order affirmed.